UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. W.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BYTEDANCE, INC., et al.,<br><br>　　　　　　Defendants. | Case No.  25-cv-01304-LJC<br>*Also Filed in Case No. 24-cv-08051-JD*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Plaintiff R.W. brings this putative class action asserting that Defendants (various entities associated with the social media platform TikTok) wrongfully collected and disclosed personally identifying information of minors.  R.W.'s civil cover sheet (ECF No. 1-1) indicates that this case is related to *McKissick v. Bytedance, Inc.*, No. 24-cv-08051-JD (N.D. Cal.), another putative class action pending before Judge Donato asserting similar claims against the same defendants.  This case is therefore REFERRED sua sponte to Judge Donato to determine whether it is related to *McKissick*.  *See* Civ. L.R. 3-12(c).  Any party may file a response opposing or supporting finding the cases related no later than February 11, 2025.  *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

**IT IS SO ORDERED.**

Dated: February 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　LISA J. CISNEROS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge